# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| John F Breslin | § | Case No. 11-22080 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DEBORAH M. GUTFELD, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report must file a written objection within 20 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challeneged and the United States Trustee.  A hearing on the fee application and any objection to the Final Report will be held at 10:30 a.m. on October 24, 2013 in courtroom 742 at 219 South Dearborn Street, Chicago, Illinois 60604.

If no objections are filed, upon entry of an order on the fee application, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Deborah M. Gutfeld
                                            Chapter 7 Trustee

DEBORAH M. GUTFELD
DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE
131 S. DEARBORN STREET
SUITE 1700
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
John F Breslin § Case No. 11-22080
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 18,000.00 |
| and approved disbursements of | $ 141.11 |
| leaving a balance on hand of[1] | $ 17,858.89 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DEBORAH M. GUTFELD | $ 2,550.00 | $ 0.00 | $ 2,550.00 |
| Attorney for Trustee Fees: Perkins Coie LLP | $ 4,125.00 | $ 0.00 | $ 4,125.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 6,675.00 |
| Remaining Balance | $ 11,183.89 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
|  | Wells Fargo National Bank | $ 0.00 | $ 0.00 | $ 0.00 |
|  | Total to be paid to priority creditors |  |  | $ 0.00 |
|  | Remaining Balance |  |  | $ 11,183.89 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 44,124.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 25.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Candica L. L. C. | $ 6,770.88 | $ 0.00 | $ 1,716.18 |
| 2 | Midland Credit Management, Inc. | $ 765.18 | $ 0.00 | $ 193.95 |
| 3 | N. A. Fia Card Services | $ 15,240.81 | $ 0.00 | $ 3,863.01 |
| 4 | Podiatric Mnagement Sys | $ 441.50 | $ 0.00 | $ 111.90 |
| 5 | N. A. Chase Bank Usa | $ 16,458.14 | $ 0.00 | $ 4,171.56 |
| 6 | Portfolio Recovery Associates, Llc | $ 1,212.00 | $ 0.00 | $ 307.20 |
| 7 | Capital Recovery Iv Llc | $ 1,892.07 | $ 0.00 | $ 479.57 |
| 8 | Lvnv Funding Llc | $ 1,343.45 | $ 0.00 | $ 340.52 |
|  | Total to be paid to timely general unsecured creditors |  |  | $ 11,183.89 |
|  | Remaining Balance |  |  | $ 0.00 |

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

    Prepared By: Deborah M. Gutfeld
                            Chapter 7 Trustee

*DEBORAH M. GUTFELD*
*DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE*
*131 S. DEARBORN STREET*
*SUITE 1700*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                           Case No. 11-22080-CAD
John F Breslin                                                   Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dgomez              Page 1 of 2            Date Rcvd: Oct 03, 2013
                              Form ID: pdf006           Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2013.
```
db         +John F Breslin,   7715 W. Sherwin Ave.,   Chicago, IL 60631-4221
17322137    +Apex Financial,   1120 W. Lake Cook, #A,   Buffalo Grove, IL 60089-1970
17559139   ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court:   FIA CARD SERVICES, N.A.,    PO Box 15102,   Wilmington, DE 19886-5102)
17322138    +Bank Of America,   4060 Ogletown/stanton Rd,   Newark, DE  19713
17322139    +Barclays Bank Delaware,   P.o. B   8803,   Wilmington, DE 19899-8803
17322140    +Berman & Rabin,   15280 Metcalf,   Overland Park, KS 66223-2803
17322135    +Breslin John F,   7715 W Sherwin Ave,   Chicago, IL 60631-4221
17322141    +Bryon Bellerud,   23 Inverness Way, Ste. 170,   Englewood, CO 80112-5704
17322142    +Chase,   201 N. Walnut St//de1-1027,   Wilmington, DE 19801-2920
17629973     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
17322143    +Cheryl A. Breslin,   747 Oriole,   Park Ridge, IL 60068-2749
17322145    +Equable Ascent Financi,   1120 West Lake Co,   Buffalo Grove, IL 60089-1970
17322136   #+Gierum & Mantas,   9700 West Higgins Road Suite 1015,   Rosemont, IL 60018-4712
17322148    +Heller And Frisone, Ltd,   33 N. Lasalle St., Ste. 1200,   Chicago, IL 60602-2866
19932172     Midland Funding LLC,   By its authorized agent Recoser, LLC,   25 SE 2nd Ave, Suite 1120,
             Miami, FL 33131-1605
17322156   ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court:   Portfolio Recovery Assoc,    P.O. Box 12914,   Norfolk, VA  12914)
17322153    +Patrick Breslin,   7715 W. Sherwin,   Chicago, IL 60631-4221
17322154    +Pnc Mortgage,   6 N Main St,   Dayton, OH 45402-1908
17322155    +Podiatric Mnagement Sys,   30 S. Michigan, Ste. 503,   Chicago, IL 60603-3218
17322157    +Portfolio Recvry And Affil,   Po Box 182789,   Columbus, OH 43218-2789
17322158    +Prfrd Cus Ac,   Po Box 94498,   Las Vegas, NV 89193-4498
17322159    +Sauganash Wellness Center,   6160 N. Cicero, Ste. 214,   Chicago, IL 60646-4336
17322160    +Web Bank/dfs,   1 Dell Way,   Round Rock, TX 78682-7000
17322162    +Wells Fargo,   Payment Remittance Center,   P.O. Box 54349,   Los Angeles, CA 90054-0349
17322161    +Wells Fargo,   C/O Heller & Frisone,   33 N Lasalle,   Chicago, IL 60602-2603
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17544307    +E-mail/Text: bncmail@w-legal.com Oct 04 2013 01:19:59     CANDICA L.L.C.,
             C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
17679765     E-mail/PDF: rmscedi@recoverycorp.com Oct 04 2013 01:25:27     Capital Recovery IV LLC,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
17322144    +E-mail/Text: creditonebknotifications@resurgent.com Oct 04 2013 01:14:52     Credit One Bank,
             Po Box 98872,   Las Vegas, NV 89193-8872
17322146    +E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2013 01:22:28     Gemb/abt Tv,   Po Box 981439,
             El Paso, TX 79998-1439
17322147    +E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2013 01:24:42     Gemb/grants,   Po Box 981439,
             El Paso, TX 79998-1439
17881579     E-mail/Text: resurgentbknotifications@resurgent.com Oct 04 2013 01:14:05     LVNV Funding LLC,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
17322149    +E-mail/Text: resurgentbknotifications@resurgent.com Oct 04 2013 01:14:05     Lvnv Funding Llc,
             Po Box 740281,   Houston, TX 77274-0281
17322150    +E-mail/Text: bankruptcydpt@mcmcg.com Oct 04 2013 01:15:29     MCM,   Dept 12421,   P.O. Box 603,
             Oaks, PA 19456-0603
17556333    +E-mail/Text: bankruptcydpt@mcmcg.com Oct 04 2013 01:15:29     Midland Credit Management, Inc.,
             8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
17322151    +E-mail/Text: bankruptcydpt@mcmcg.com Oct 04 2013 01:15:29     Midland Credit Mgmt,   8875 Aero Dr,
             San Diego, CA 92123-2255
17322152    +E-mail/Text: bankrup@aglresources.com Oct 04 2013 01:14:37     Nicor Gas,   1844 Ferry Road,
             Naperville, IL 60563-9600
19932173     E-mail/PDF: rmscedi@recoverycorp.com Oct 04 2013 01:25:25
             Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17673255*  ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court:   Portfolio Recovery Associates, LLC,   c/o Progroup Abt,   POB 41067,
             Norfolk VA 23541)
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: dgomez              Page 2 of 2              Date Rcvd: Oct 03, 2013
                              Form ID: pdf006           Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2013                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2013 at the address(es) listed below:
              Deborah Michelle Gutfeld    gutfeldch7@perkinscoie.com,
               dgutfeld@ecf.epiqsystems.com;cdennis@nge.com
              John E Gierum    on behalf of Debtor John F Breslin jgierum@7trustee.net,  karen@gierummantas.com
              Jordan  Galassie    on behalf of Trustee Deborah Michelle Gutfeld jgalassie@perkinscoie.com,
               nsaldinger@perkinscoie.com;docketchi@perkinscoie.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```