UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
John F Breslin § Case No. 11-22080
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  DEBORAH M. GUTFELD, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $        (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/DEBORAH M. GUTFELD_____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Pnc Mortgage 6 N Main St Dayton, OH  45402 |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH M. GUTFELD | | | | | |
| Associated Bank | | | | | |
| Perkins Coie LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cheryl A. Breslin;747 Oriole;Park Ridge, IL 60068 | | | | | |
| | Wells Fargo National Bank | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Apex Financial 1120 W. Lake Cook, #A Buffalo Grove, IL 60089 | | | | | |
| | Bank Of America 4060 Ogletown/stanton Rd Newark, DE 19713 | | | | | |
| | Barclays Bank Delaware P.o. B  8803 Wilmington, DE 19899 | | | | | |
| | Berman & Rabin 15280 Metcalf Overland Park, KS 66223 | | | | | |
| | Bryon Bellerud 23 Inverness Way, Ste. 170 Englewood, CO 80112 | | | | | |
| | Chase 201 N. Walnut St//de1-1027 Wilmington, DE  19801 | | | | | |
| | Credit One Bank Po Box 98872 Las Vegas, NV  89193 | | | | | |
| | Equable Ascent Financi 1120 West  Lake Co Buffalo Grove, IL  60089 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gemb/abt Tv Po Box 981439 El Paso, TX 79998 | | | | | |
| | Gemb/grants Po Box 981439 El Paso, TX 79998 | | | | | |
| | Heller And Frisone, Ltd 33 N. Lasalle St., Ste. 1200 Chicago, IL 60602 | | | | | |
| | Lvnv Funding Llc Po Box 740281 Houston, TX 77274 | | | | | |
| | MCM Dept 12421 P.O. Box 603 Oaks, PA 19456 | | | | | |
| | Midland Credit Mgmt 8875 Aero Dr San Diego, CA 92123 | | | | | |
| | Nicor Gas 1844 Ferry Road Naperville, IL 60563 | | | | | |
| | Patrick Breslin 7715 W. Sherwin Chicago, IL 60631 | | | | | |
| | Podiatric Mnagement Sys 30 S. Michigan, Ste. 503 Chicago, IL 60603 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Portfolio Recovery Assoc P.O. Box 12914 Norfolk, VA 12914 | | | | | |
| | Portfolio Recvry And Affil Po Box 182789 Columbus, OH 43213 | | | | | |
| | Prfrd Cus Ac Po Box 94498 Las Vegas, NV 89193 | | | | | |
| | Sauganash Wellness Center 6160 N. Cicero, Ste. 214 Chicago, IL 60646 | | | | | |
| | Web Bank/dfs 1 Dell Way Round Rock, TX 78682 | | | | | |
| | Wells Fargo C/O Heller & Frisone 33 N Lasalle Chicago, IL 60602 | | | | | |
| | Wells Fargo Payment Remittance Center P.O. Box 54349 Los Angeles, CA 90054 | | | | | |
| 1 | Candica L. L. C. | | | | | |
| 7 | Capital Recovery Iv Llc | | | | | |
| 8 | Lvnv Funding Llc | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Midland Credit Management, Inc. | | | | | |
| 5 | N. A. Chase Bank Usa | | | | | |
| 3 | N. A. Fia Card Services | | | | | |
| 4 | Podiatric Mnagement Sys | | | | | |
| 6 | Portfolio Recovery Associates, Llc | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-22080 | CAD | Judge: | Carol A. Doyle | Trustee Name: | DEBORAH M. GUTFELD |
| Case Name: | John F Breslin | | | | Date Filed (f) or Converted (c): | 05/25/2011 (f) |
| | | | | | 341(a) Meeting Date: | 07/07/2011 |
| For Period Ending: | 12/27/2013 | | | | Claims Bar Date: | 10/11/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Marital Property At 747 Oriole, Park Ridge, Il  60068 - Debt | 700,000.00 | 0.00 | | 0.00 | FA |
| 2. Pocket Cash | 50.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account | 500.00 | 0.00 | | 0.00 | FA |
| 4. Joint Checking Account With Elderly Father - Debtor Holds Le | 0.00 | 0.00 | | 0.00 | FA |
| 5. Normal Household Goods And Related | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Normal Wardrobes And Related | 400.00 | 0.00 | | 0.00 | FA |
| 7. Life Insurance Policy | 0.00 | 0.00 | | 0.00 | FA |
| 8. Thrift Savings Plan | 240,000.00 | 0.00 | | 0.00 | FA |
| 9. 1995 Nissan Maxima | 900.00 | 0.00 | | 0.00 | FA |
| 10. Preferencial Transfer (u) | 32,000.00 | 32,000.00 | | 18,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)         $974,850.00         $32,000.00         $18,000.00         $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Assets fully administered.  In process of preparing TFR.


Initial Projected Date of Final Report (TFR): 12/31/2013     Current Projected Date of Final Report (TFR): 12/31/2013




**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-22080 | Trustee Name: DEBORAH M. GUTFELD |
| Case Name: John F Breslin | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6300 |
| | Checking |
| Taxpayer ID No: XX-XXX3038 | Blanket Bond (per case limit): $100,000.00 |
| For Period Ending: 12/27/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/17/13 | 10 | Edward Jones<br>201 Progress Parkway<br>Maryland Heights, MO 63043 | | 1241-000 | $18,000.00 | | $18,000.00 |
| 02/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.08 | $17,987.92 |
| 03/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.15 | $17,963.77 |
| 04/05/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.71 | $17,937.06 |
| 05/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.81 | $17,911.25 |
| 06/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.63 | $17,884.62 |
| 07/08/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.73 | $17,858.89 |
| 10/24/13 | 201 | DEBORAH M. GUTFELD<br>131 S. DEARBORN STREET, SUITE 1700<br>CHICAGO, IL 60603-5559 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,550.00 | $15,308.89 |
| 10/24/13 | 202 | Perkins Coie LLP<br>131 S. Dearborn St., Suite 1700<br>Chicago, IL 60603-5559 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $4,125.00 | $11,183.89 |
| 10/24/13 | 203 | Candica L. L. C.<br>Candica L.L.C.<br>C O Weinstein And Riley, Ps<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121 | Final distribution to claim 1 representing a payment of 25.35 % per court order. | 7100-000 | | $1,716.18 | $9,467.71 |
| 10/24/13 | 204 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, Ca 92123 | Final distribution to claim 2 representing a payment of 25.35 % per court order. | 7100-000 | | $193.95 | $9,273.76 |

Page Subtotals:  $18,000.00   $8,726.24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 11-22080  
Case Name: John F Breslin  
Taxpayer ID No: XX-XXX3038  
For Period Ending: 12/27/2013  

Trustee Name: DEBORAH M. GUTFELD  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX6300  
Checking  
Blanket Bond (per case limit): $100,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/24/13 | 205 | N. A. Fia Card Services<br>Fia Card Services, N.A.<br>Po Box 15102<br>Wilmington, De 19886-5102 | Final distribution to claim 3 representing a payment of 25.35 % per court order. | 7100-000 | | $3,863.01 | $5,410.75 |
| 10/24/13 | 206 | Podiatric Mnagement Sys<br>30 S. Michigan, Ste. 503<br>Chicago, Il 60603 | Final distribution to claim 4 representing a payment of 25.35 % per court order. | 7100-000 | | $111.90 | $5,298.85 |
| 10/24/13 | 207 | N. A. Chase Bank Usa<br>Chase Bank Usa, N.A.<br>Po Box 15145<br>Wilmington, De 19850-5145 | Final distribution to claim 5 representing a payment of 25.35 % per court order. | 7100-000 | | $4,171.56 | $1,127.29 |
| 10/24/13 | 208 | Portfolio Recovery Associates, Llc<br>C/O Progroup Abt<br>Pob 41067<br>Norfolk Va 23541 | Final distribution to claim 6 representing a payment of 25.35 % per court order. | 7100-000 | | $307.20 | $820.09 |
| 10/24/13 | 209 | Capital Recovery Iv Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Final distribution to claim 7 representing a payment of 25.35 % per court order. | 7100-000 | | $479.57 | $340.52 |
| 10/24/13 | 210 | Lvnv Funding Llc<br>Resurgent Capital Services<br>Po Box 10587<br>Greenville, Sc 29603-0587 | Final distribution to claim 8 representing a payment of 25.35 % per court order. | 7100-000 | | $340.52 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $18,000.00 | $18,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $18,000.00 | $18,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $18,000.00 | $18,000.00 |

Page Subtotals: $0.00  $9,273.76

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6300 - Checking | $18,000.00 | $18,000.00 | $0.00 |
| | $18,000.00 | $18,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $18,000.00 |
| Total Gross Receipts: | $18,000.00 |

Page Subtotals:   $0.00   $0.00